## Commonwealth *v.* Betz, Appellant.

Before VOGEL, J.

Argued March 19, 1969. *Samuel W. Salus, II,* Public Defender, for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Paul W. Tressler,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.